UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OCHOA,<br><br>                Petitioner,<br><br>       v.<br><br>KELLY HARRINGTON, Warden,<br><br>                Respondent. | Case No.  CV 09-8649-JHN (JEM)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss Grounds Five through Twelve of the Petition be granted.

IT IS FURTHER ORDERED that Respondent shall file an Answer to the Petition within thirty (30) days of this Order.  Petitioner may file a single Reply responding to the matters raised in the Answer within thirty (30) days of the date the Answer is filed and

served.   Unless otherwise ordered by the Court, this case shall be deemed submitted upon the expiration of the Reply filing deadline.

DATED: December 6, 2010

　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE