FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OCHOA,<br><br>    Petitioner,<br><br>v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | Case No. CV 09-8649-JHN (JEM)<br><br>AMENDED<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court accepts and adopts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: November 8, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE