FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OCHOA,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | Case No. CV 09-8649-JHN (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 8, 2011

                                              JACQUELINE H. NGUYEN
                                              UNITED STATES DISTRICT JUDGE